UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JONES,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>THE PEOPLE,<br>　　　　　　　　　　Defendant. | Case No.:  15CV2936 BEN (JLB)<br><br>**ORDER SUA SPONTE DISMISSING FIRST AMENDED COMPLAINT**<br><br>[Docket No. 5] |

　　　　Plaintiff Derrick Jones, proceeding pro se, has filed a First Amended Complaint ("FAC").[1] (Docket No. 5.)  For the reasons set forth below, the Court **DISMISSES** the FAC without leave to amend.

## DISCUSSION

　　　　An IFP complaint is subject to mandatory screening.   Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss any complaint if at any time the Court determines that it is "frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief."  The *sua*

---

[1] The Court previously granted Plaintiff's Motion to Proceed In Forma Pauperis, but sua sponte dismissed his Complaint for lack of subject-matter jurisdiction.

1

*sponte* screening is mandatory.  *See Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (en banc); *see also Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001) (per curiam) ("[T]he provisions of 28 U.S.C. § 1915(e)(2)(B) are not limited to prisoners.").

The Court previously *sua sponte* dismissed Plaintiff's Complaint.  Because Plaintiff had not named any defendants and relied on California Penal Code provisions, there was no basis for this Court's subject-matter jurisdiction.  The Court also speculated that Plaintiff might be trying to challenge a state court criminal conviction because the Complaint identified "the People" as the defendant.

Plaintiff now seems to be asserting violations of constitutional rights, but they are being asserted on behalf of another person, Gary L. Peavy.  San Diego police detectives and three additional individuals, one of which seems to have been Peavy's attorney, are named as defendants.  As to each, Plaintiff claims they fabricated evidence, provided false reports, provided false testimony, or as to the attorney, failed to call relevant witnesses at trial or investigate facts in the 2002-2005 time frame.  However, as to each, the FAC states, "Violating Gary L. Peavy" followed Fourth, Fifth, or Sixth Amendment rights.  For example, as to Defendant Pettitt, the FAC alleges he "provided false testimony in trial on 5/26/2006 in San Diego Superior Court Dept. 49.  Under Color of State Law.  Violating GARY L. PEAVY Due Process Fifth Amendment Constitutional Rights to fair Trial."  The FAC additionally alleges counsel failed to properly investigate matters that would have undermined witnesses at trial.  It goes on to say if he had "no reasonable judge or jury would have convicted the petitioner who are [sic] actually innocent."  It appears the petitioner is Gary Peavy.  Additionally, the attachments to the FAC all concern Gary L. Peavy.  There is nothing in the filing other than Derrick Jones' name and signature that appears to have anything to do with Jones.[2]

---

[2] The Court notes that a Gary L. Peavy filed a Complaint that is almost identical to the initial Complaint filed by Derrick Jones in this case, including the same attachments —

Not only does the FAC lack any explanation how Peavy's constitutional rights were violated or why those claims would not be barred by a statute of limitations (having occurred more than 10 years ago), but it attempts to seek relief for violation of someone else's constitutional rights.  Jones has failed to state a claim for relief and the Court finds the claims frivolous.  Given the Court can see no way Jones could amend to state a claim for events occurring more than ten years ago to someone else, the case is DISMISSED without leave to amend.

## CONCLUSION

Plaintiff's First Amended Complaint is *sua sponte* **DISMISSED without leave to amend**.  For all the reasons stated above, the Court finds that an appeal of this Order would not be taken in good faith.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  July 20, 2016

Hon. Roger T. Benitez
United States District Judge

---

all concerning Gary Peavy — in *Peavy v. The People*, Case No. 15CV2940 BAS (BGS).  The case also identified the same defendants as named in Jones' FAC in this case.